**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT McDONALD on behalf of
  ROBERT McDONALD, Jr.,                                                         PLAINTIFF

v.                                    5:04CV00138 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                  DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 31st day of August, 2005.

                                                                     _____
                                                                       UNITED STATES MAGISTRATE JUDGE